IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ELI LONGORIA and SAN JUNITA LONGORIA, | § § | |
| Plaintiffs | § § | |
| VS. | § § | CAUSE NO.: 7:21-CV-470 |
| WAL-MART STORES, INC., DBA WALMART STORE #05165 and WAL-MART STORES TEXAS, LLC, | § § § § | |
| Defendant | § | DEMAND TRIAL BY JURY |

**DEFENDANT WAL-MART STORES TEXAS LLC'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (DIVERSITY)**

**TO THE HONORABLE JUDGE OF THIS COURT:**

**NOW COMES WAL-MART STORES TEXAS LLC.,** Defendant in the above styled and numbered cause and removes the above action from the 332nd Judicial District Court of Hidalgo County, Texas to the United States District Court for the Southern District of Texas, McAllen Division and files this its Notice of Removal pursuant to 28 U.S.C. § 1441 and 1446 and pursuant to the requirements of 28 U.S.C. § 1332.

1. On November 2, 2021, an action was commenced against Defendant **WAL-MART STORES TEXAS LLC** and **WAL-MART STORES, INC. DBA WALMART STORE #05165** in the 332nd Judicial District Court of Hidalgo County, styled *Eli Longoria and San Juanita Longoria vs. Wal-Mart Stores, Inc., dba Walmart Store #05165, and Wal-Mart Stores Texas, LLC;* Cause No. C-4436-21-F. *A copy of that suit is attached hereto as Exhibit 1.*

2. **WAL-MART STORES TEXAS LLC** was served on November 9, 2021, and timely filed an Answer with the State Court. *A copy of the citation is attached hereto as Exhibit 2.* In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

   1. Plaintiff's Original Petition;
   2. Copy of Citation of Defendant Wal-Mart Inc.;
   3. Docket Sheet;
   4. Defendant's Original Answer;
   5. Defendant's Jury Demand.
   6. Defendant's Notice of Removal (State Court)

   In addition, Defendant includes a copy of the docket sheet of the state court matter, a *copy of which is attached hereto as Exhibit 3.*

3. Plaintiff has brought DTPA, common law fraud, agency-Doctrine of Respondeat Superior, negligence, negligence per se, gross negligence, negligent misrepresentation, negligent hiring, supervision or management, and breach of contract, causes of action against Defendant as result of an incident that occurred on November 4, 2019. Plaintiffs allege that on said date, Plaintiffs entered into a contract with Defendant to perform an oil change service on Plaintiffs' vehicle. Plaintiffs allege that after the service was completed, Plaintiffs drove off onto the Expressway in Alamo, Texas. Plaintiff Eli Longoria was the driver of said vehicle and Plaintiff San Juanita Longoria was a passenger. Plaintiffs allege that as they drove on the Expressway, their vehicle's hood suddenly flung open causing the hood to slam into Plaintiffs' vehicle's windshield, shattering it into pieces. Plaintiffs allege that Plaintiff Eli Longoria's view was impaired

causing him to slam on the brakes to avoid a collision with traffic in front of him. Plaintiffs allege that they sustained injuries and damages as a result of the incident. Plaintiffs allege that Defendant's employees negligently and unsafely failed to correctly latch and fasten the hood of Plaintiffs' vehicle after services were completed, had actual and constructive knowledge of the defective condition Plaintiffs' vehicle was left in, that Defendant violated Section 17.46(b) of the Texas Business and Common Code, and that Defendant breached express and implied warranties. Plaintiffs further allege that Defendant failed to provide the services as per the contractual agreement.

4. Plaintiff seeks to recover monetary relief from Defendant in an amount of $1,000,000.00 or less. Plaintiffs' Original Petition asserts damages for medical care and expenses in the past and future; physical pain in the past and future; mental anguish in the past and future; physical impairment in the past and future; physical disfigurement in the past and future; and lost wages in the past and loss of earning capacity in the future. Additionally, Plaintiffs' Original Petition asserts damages for economic and actual damages for out-of-pocket expenses, including but not limited to the price of repair and service contract; interest; loss of the "benefit of the bargain"; diminished or reduced market value; remedial cost and/or cost of completion; reasonable and necessary repair or consulting fees; reasonable expenses; lost earnings; lost earning capacity; expenses for psychiatric care and monitoring; expenses for psychological care and counseling; reasonable medical care and expenses in the past and future; and cost of medical monitoring and prevention in the future. Further, Plaintiffs' Original Petition asserts a claim for additional damages for a knowing and/or intentional violation of the DTPA pursuant to § 17.50(b)(1) of the Texas Business and Commerce Code. Further, Plaintiffs' Original Petition asserts a

claim for exemplary damages and for attorney's fees. *Gebbia v. Wal-Mart Stores, Inc.*, 223 F.3d 880, 883 (5th Cir. 2000)(citing *Luckett v. Delta Airlines, Inc.*, 171 F.3d 295, 298 (5th Cir. 1999))("In Luckett, we held that the district court did not err in finding that the plaintiff's claims exceeded $75,000 because the plaintiff alleged damages for [numerous items]."). Finally, in a correspondence addressed to Wal-Mart Claims Management on January 31, 2020 (a *copy of which is attached hereto as Exhibit 7)*, Plaintiff counsel informed that "[t]his letter and all the evidence in this case will be used to prove that the insurer knew that it was negligent and in bad faith exposing its insured to a large excess verdict." As such, **WAL-MART STORES TEXAS LLC**, submits that the amount in controversy is in excess of $75,000.00 and removal is appropriate pursuant to 28 U.S. § 1441.

5. In their Original Petition, Plaintiffs plead that they are residents of Hidalgo County, Texas, as such, a citizen of the State of Texas. "For individuals, 'citizenship has the same meaning as domicile,' and 'the place of residence is prima facie the domicile.'" *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 313 (5th Cir. 2019)(quoting *Stine v. Moore*, 213 F.2d 446, 448 (5th Cir. 1954))("For individuals, 'citizenship has the same meaning as domicile,' and 'the place of residence is prima facie the domicile.'").

6. Defendant Wal-Mart Stores Texas, LLC is now and was at the time of filing of this action a Delaware Limited Liability Company with its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Harvey v. Grey Wolf Drilling, Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Wal-Mart Real Estate Business Trust is the sole member of Wal-Mart Stores Texas, LLC.

7. Wal-Mart Real Estate Business Trust is a statutory business trust organized under the laws of the State of Delaware with its principal place of business in Arkansas. The citizenship of a statutory trust is the citizenship of its members, which includes its shareholders. ***Americold Realty Tr. v. Conagra Foods, Inc.***, 136 S. Ct. 1012, 1016 (2016); ***Bynane v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24***, 866 F.3d 351, 358 (5th Cir. 2017); *U.S. Bank Tr., N.A. v. Dupre*, 615CV0558LEKTWD, 2016 WL 5107123, at *4 (N.D.N.Y. Sept. 20, 2016) (finding that a Delaware statutory trust "seems precisely like the type [of trust] considered by the Supreme Court in *Americold*"). The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

8. A corporation is "'a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'" ***MidCap Media Fin., L.L.C. v. Pathway Data, Inc.***, 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 U.S.C. § 1332(c)(1)). Wal-Mart Property Co. is an incorporated entity under the laws of the State of Delaware with its principal place of business in Arkansas. Therefore, Wal-Mart Property Co. is a citizen of Delaware and Arkansas. Accordingly, Wal-Mart Stores Texas, LLC is a citizen of Delaware and Arkansas.

9. This case is a civil action of which this court has diversity jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441 and 1446. This is a civil action in which Plaintiff's state citizenship, in his pleadings, is different from that of the Defendant **WAL-MART STORES TEXAS LLC** Thus, there is complete diversity between the true parties in interest. The amount in controversy

exceeds the sum of $75,000.00, exclusive of interest and costs.

10. Copy of the Notice of Removal filed in the state court is *attached hereto as Exhibit 6.*

11. Copies of all pleadings, process, orders and other filings in the state court are attached to this notice as required by 28 U.S.C. § 1446.

12. Venue is proper in this district under 28 U.S.C. § 1441 because the state court where the suit has been pending is located in this district.

13. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

14. Defendant demanded a jury in the state court suit.

15. For the foregoing reasons, Defendant **WAL-MART STORES TEXAS LLC**. asks the Court to remove the suit to The United States District Court, Southern District of Texas, McAllen Division.

Respectfully Submitted,

**THORNTON, BIECHLIN, REYNOLDS & GUERRA, L.C.**
418 E. Dove Ave.
McAllen, Texas 78504
Tel.: (956) 630-3080
Fax: (956) 630-0189

**BY:** __/s/ Rafael Garcia, Jr._____
**RAFAEL GARCIA, JR.**
State Bar No.07641300
ragarcia@thorntonfirm.com
**ATTORNEY FOR  DEFENDANT**
**WAL-MART STORES TEXAS LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all parties, via e-mail. pursuant to Texas Rules of Civil Procedure, on this the 8th day of December 2021.

*Via Email: richardhinojosa@hinojosalaw.com*
Mr. Richard A. Hinojosa
**HINOJOSA LAW, PLLC**
3904 Brandt Street
Houston, Tx 77006
(713) 884-166
*Attorneys for Plaintiffs*

                                                           /s/ Rafael Garcia, Jr.
                                                          **RAFAEL GARCIA, JR.**